UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN DOE                                                          CIVIL ACTION

VERSUS                                                            NO. 24-2294

TANGIPAHOA PARISH SCHOOL SYSTEM,                                  SECTION: "G"
et al.

## ORDER

A complaint was filed in this matter on September 20, 2024.[1] The record does not reflect service upon defendant Morgan Freche ("Freche").

Federal Rule of Civil Procedure 4(m) provides:

If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country.

Accordingly,

**IT IS ORDERED** that the plaintiff show cause on or before **January 31, 2025**, by written motion or memorandum, as is appropriate, to report the status thereof to show cause why certain defendant(s) should not be dismissed for plaintiff's failure to prosecute.

Failure to comply with this order may result in dismissal without further notice.

NEW ORLEANS, LOUISIANA, this 22nd day of January, 2025.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Rec. Doc. 1.