UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN DOE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 2:2024-cv-02294 |
| | * | |
| TANGIPAHOA PARISH SCHOOL SYSTEM; MORGAN FRECHE | * | JUDGE NANNETTE JOLIVETTE BROWN |

*******************************************************************************************

## ANSWER

**NOW INTO COURT**, through undersigned counsel comes the defendant, MORGAN FRECHE, who files the following Answer in response to the allegations contained in the Complaint filed by Plaintiff, John Doe. Defendant denies each and every allegation contained in the Complaint, including any unnumbered, misnumbered, or otherwise unanswered paragraph, except those which are hereinafter expressly admitted, and further represents that:

1.

The allegations contained in Paragraph 1 are admitted as they apply to jurisdiction. All other allegations are denied due to a lack of information to justify a belief therein.

2.

The allegations contained in Paragraph 2 are denied as written.

3.

The allegations contained in Paragraph 3 regarding Morgan Freche's residence being in Tangipahoa Parish are admitted. All other allegations in Paragraph 3 are denied.

4.

The allegations contained in Paragraph 4 do not require a response from defendant herein.

5.

The allegations contained in Paragraph 5 do not require a response from defendant herein.

6.

The allegations contained in Paragraph 6 call for a legal conclusion; therefore, they are denied due to a lack of information to justify a belief therein.

7.

The allegations contained in Paragraph 7 call for a legal conclusion; therefore, they are denied due to a lack of information to justify a belief therein.

8.

The allegations contained in Paragraph 8 call for a legal conclusion; therefore, they are denied due to a lack of information to justify a belief therein.

9.

The allegations contained in Paragraph 9 are denied as stated.

10.

The allegations contained in Paragraph 10 are denied due to a lack of information to justify a belief therein.

11.

The allegations contained in Paragraph 11 are denied due to a lack of information to justify a belief therein.

12.

The allegations contained in Paragraph 12 are denied due to a lack of information to justify a belief therein.

13.

The allegations contained in Paragraph 13 are denied due to a lack of information to justify a belief therein.

14.

Defendant herein incorporates her answers to the allegations contained in Paragraphs 1-13 as if copied herein *in extensio.*

15.

The allegations contained in Paragraph 15 are denied due to a lack of information to justify a belief therein.

16.

The allegations contained in Paragraph 16 are denied due to a lack of information to justify a belief therein.

17.

The allegations contained in Paragraph 17 are denied due to a lack of information to justify a belief therein.

18.

The allegations contained in Paragraph 18 are denied due to a lack of information to justify a belief therein.

19.

The allegations contained in Paragraph 19 are denied due to a lack of information to justify a belief therein.

20.

The allegations contained in Paragraph 20 are denied due to a lack of information to justify a belief therein.

21.

The allegations contained in Paragraph 21 are denied due to a lack of information to justify a belief therein.

22.

Defendant herein incorporates her answers to the allegations contained in Paragraphs 1-13 as if copied herein *in extensio.*

23.

The allegations contained in Paragraph 23 are denied due to a lack of information to justify a belief therein.

24.

The allegations contained in Paragraph 24 are denied due to a lack of information to justify a belief therein.

25.

The allegations contained in Paragraph 25 are denied due to a lack of information to justify a belief therein.

26.

The allegations contained in Paragraph 26 are denied due to a lack of information to justify a belief therein.

27.

The allegations contained in Paragraph 27 are denied due to a lack of information to justify a belief therein.

28.

The allegations contained in Paragraph 28 are denied due to a lack of information to justify a belief therein.

29.

The allegations contained in Paragraph 29 are denied due to a lack of information to justify a belief therein.

30.

The allegations contained in Paragraph 30 are denied due to a lack of information to justify a belief therein.

31.

The allegations contained in Paragraph 31 do not require an answer by defendant; however, out of abundance of caution, same are denied.

32.

Defendant herein incorporates her answers to the allegations contained in Paragraphs 1-13 as if copied herein *in extensio.*

33.

The allegations contained in Paragraph 33 are denied.

34.

The allegations contained in Paragraph 34 are denied.

35.

The allegations contained in Paragraph 35 are denied.

36.

The allegations contained in Paragraph 36 are denied.

37.

The allegations contained in Paragraph 37 are denied.

38.

Defendant herein incorporates her answers to the allegations contained in Paragraphs 1-13 as if copied herein *in extensio.*

39.

The allegations contained in Paragraph 39 are denied.

40.

The allegations contained in Paragraph 40 are denied.

**WHEREFORE**, the defendant herein, MORGAN FRECHE, prays that this Answer be deemed good and sufficient and that, after all due proceedings had, there be judgment rendered herein in her favor, dismissing Plaintiff's claims at Plaintiff's cost and for all general and equitable relief.

Respectfully submitted this 19th day of February, 2025.

**CHEHARDY, SHERMAN, WILLIAMS, RECILE, & HAYES, LLP**

*/s/ J. Garrison Jordan*
_____
J. GARRISON JORDAN, # 20240
111 NORTH OAK STREET, SUITE 200
HAMMOND, LA  70401
TELEPHONE:  (985) 269-7220
FACSIMILE:  (985) 269-7244
EMAIL:  jgj@chehardy.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN DOE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 2:2024-cv-02294 |
| | * | |
| TANGIPAHOA PARISH SCHOOL SYSTEM; MORGAN FRECHE | * | JUDGE NANNETTE JOLIVETTE BROWN |

*******************************************************************************************

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the electronic filing procedures of United States District Courts, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid, this 19th day of February, 2025.

Respectfully submitted this 19th day of February, 2025

                                      **CHEHARDY, SHERMAN, WILLIAMS,**
                                      **RECILE, & HAYES, LLP**

                                      */s/ J. Garrison Jordan*
                                      _____
                                      J. GARRISON JORDAN, # 20240
                                      111 NORTH OAK STREET, SUITE 200
                                      HAMMOND, LA  70401
                                      TELEPHONE:  (985) 269-7220
                                      FACSIMILE:  (985) 269-7244
                                      EMAIL: jgj@chehardy.com