UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN DOE | * | CIVIL ACTION NO. 2:2024-cv-02294 |
| | * | |
| VERSUS | * | SECTION "G" |
| | * | JUDGE NANNETTE JOLIVETTE BROWN |
| TANGIPAHOA PARISH SCHOOL SYSTEM; | * | |
| MORGAN FRECHE | * | MAGISTRATE DIVISION "3" |
| | * | MAGISTRATE JUDGE EVA J. DOSSIER |

*************************************************************************

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order dated April 23, 2025, the parties submit the following Joint Status Report:

**I.   Parties and Counsel of Record**

Plaintiff John Doe:

   Aaron A. Karger, Law Office of Aaron A. Karger, P.A.

   Joseph S. Piacun, The Piacun Law Firm LLC

   Brooke R. Cluse, Ben Crump Law, PLLC.

Defendant Tangipahoa Parish School System:

   Indigo K. Diekmann, Cashe Coudrain & Bass.

Defendant Morgan Freche:

   J. Garrison Jordan, Chehardy, Sherman, Williams, Recile & Hayes.

**II.   Pending Motions**

Defendant Morgan Freche's Motion to Stay Pending Resolution of State Court Criminal Proceedings remains pending before the Court. The motion was submitted for decision on May 9, 2025, pursuant to the Court's Order dated April 30, 2025. Oral argument was not requested, and an evidentiary hearing is not necessary.

### III. Scheduled Dates

Final Pretrial Conference: April 23, 2026 at 3:00 p.m.

Trial: May 11, 2026 at 9:00 a.m. (jury trial)

Estimated Trial Duration: 7 to 10 days

### IV. Brief Description of the Case

The factual allegations in this case are that Defendant Morgan Freche, a former teacher and administrator at Loranger Middle School and Loranger High School, groomed and sexually abused Plaintiff John Doe over several years while he was a minor student. Plaintiff alleges the abuse included explicit electronic communications and sexual battery that occurred on school premises. The Complaint brings federal claims against the Tangipahoa Parish School System and various state law claims, including negligence and battery, against both defendants.

Plaintiff alleges the School Board had actual notice of Freche's conduct but failed to take corrective action. The Defendant School Board alleges when actual notice was received the School Board immediately took corrective and appropriate action. The Defendant School Board further alleges that any actions by Defendant Freche were outside of her ambit of assigned duties and not in furtherance of her employers objectives. There is a concurrent criminal case in Tangipahoa Parish against Freche for Molestation of a Juvenile by an Educator. The plaintiff is the identified victim in the criminal case. Plaintiff has also been advised by the State that paternity testing in the criminal proceeding has confirmed that Defendant Freche gave birth to a child fathered by the Plaintiff. This information is not part of the public record. Defendant Freche has denied the allegations contained in the original Complaint

### V. Discovery Status

Discovery is in its infancy. Written discovery and depositions are pending. Neither

Defendant has served written discovery requests on the Plaintiff. Plaintiff served written discovery requests on the Tangipahoa Parish School System on May 19, 2025, and is currently awaiting responses. Plaintiff has not served discovery on Defendant Freche pending a ruling from the Court on her Motion to Stay. No disputes are presently anticipated, although a potential issue may arise if Defendant Freche objects to discovery following a ruling on the motion. The parties will confer in good faith to resolve any such dispute if it materializes.

### VI.   Settlement Negotiations

No settlement discussions have occurred to date. The case remains in its early stages and the parties have not initiated mediation or formal negotiation.

Respectfully submitted,

AARON A. KARGER
FL Bar No. 93226
Law Office of Aaron A. Karger, P.A.
16211 NE 18th Avenue, Suite 200
North Miami Beach, Florida 33162
Telephone: (305) 582-5580
Facsimile: (305) 602-9357
Email: aaron@aak-law.com

-and-

JOSEPH S. PIACUN
LA Bar No. 25211
Piacun Law Firm, LLC
2701 Metairie Road
Metairie, Louisiana 70001
Telephone: (504) 867-4542
Facsimile: (504) 324-0408
Email: jpiacun@piacunlaw.com

-and-

INDIGO K. DIEKMANN
LA Bar No. 39639
Cashe Coudrain & Bass
Post Office Drawer 1509
Hammond, Louisiana 70404
Telephone: (985) 542-6848
Facsimile: (985) 542-9602
ikd@ccbattorneys.com
age@ccbattorneys

**Attorneys for Defendant,
Tangipahoa Parish School System**

-and-

J. GARRISON JORDAN
LA Bar No. 20240
Chehardy, Sherman, Williams, Recile, & Hayes, LLP
111 North Oak Street, Suite 200
Hammond, LA 70401
Telephone: (985) 269-7220
Facsimile: (985) 269-7244
jgj@chehardy.com

**Attorneys for Defendant,
Morgan Freche**

BROOKE R. CLUSE
TX Bar No. 24123034
Ben Crump Law, PLLC
6671 Southwest Freeway #624
Houston, Texas 77074
Telephone: (844) 964-1002
Email: brooke@bencrump.com

**Attorneys for Plaintiff, John Doe**

## CERTIFICATE OF SERVICE

    I certify that on June 6, 2025, I served a copy of this *Joint Status Report* on all counsel of record through the Court's CM/ECF electronic filing system.

                                /s/ *Aaron A. Karger*
                                AARON A. KARGER